# Jimmy K. Goodman

**From:** Jimmy K. Goodman
**Sent:** Thursday, October 23, 2025 11:01 AM
**To:** Vance Dotson
**Subject:** Re: 25-1133-G 26(f) Conference

Vance,

I do not believe a Rule 26(f) conference makes sense until after the court rules on our pending motion to consolidate. Once that happens, we will know whether this case and discovery in it will run separately or be consolidated with discovery and scheduling in the consolidated action.

Jimmy



Jimmy K. Goodman
Director

Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102

direct line: 405.235.7717
mobile: 405.308.3094
jimmy.goodman@crowedunlevy.com
v-card  bio  website

This message may be protected by the attorney-client privilege and/or other privileges or protections. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

**From:** Vance Dotson <vancedotson@yahoo.com>
**Date:** Thursday, October 23, 2025 at 10:57 AM
**To:** Jimmy K. Goodman <jimmy.goodman@crowedunlevy.com>
**Subject:** Re: 25-1133-G 26(f) Conference

ALERT: Email contains attachments from external sender. Be cautious.

Jimmy,

I called you cell and office as you may know I didn't get you.. I look forward to hearing from you today about the 26(f).

> On Oct 23, 2025, at 12:02 AM, Vance Dotson <vancedotson@yahoo.com> wrote:
>
> Jimmy,
>
> 10-23-2025 I'll call you for a 26(f) conference.

1

**EXHIBIT 1**